# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | **8:02CR385** |
| vs. ) | |
| ) | **ORDER** |
| **LANCE V. ALLEN,** ) | |
| ) | |
| Defendant. ) | |

Defendant Lance V. Allen appeared before the court on Tuesday, January 31, 2006 on a Petition for Warrant or Summons for Offender Under Supervision [30]. The defendant was represented by Assistant Federal Public Defender Michael J. Hansen and the United States was represented by Assistant U.S. Attorney Michael P. Norris. The government moved for detention. The court denied the government's oral motion and found that the defendant should be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m. on March 10, 2006.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 6th day of February, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge